UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SYLVIA BARGE,**

        Case No. 4:12-cv-00426-WS-CAS

    **Plaintiff,**

v.

**FLORIDA COMMISSION ON HUMAN
RELATIONS and LARRY KRANERT,
Individually.**

    **Defendant.**
_____/

**DEFENDANT FLORIDA COMMISSION ON HUMAN RELATIONS'
NOTICE OF FILING EXHIBITS 1 – 14 IN SUPPORT OF ITS
MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant, **FLORIDA COMMISSION ON HUMAN RELATIONS** (referred to as "FCHR" or "Commission"), by and through the undersigned counsel, files the following documents in support of its Motion for Final Summary Judgment:

1. Excerpts from deposition transcript of Plaintiff, Sylvia Barge.
2. Excerpts from deposition transcript of Michelle Wilson.
3. Excerpts from deposition transcript of Defendant, Larry Kranert.
4. Excerpts from deposition transcript of Regina Owens.
5. Excerpts from deposition transcript of Casey Snipes.
6. Excerpts from deposition transcript of Derick Daniel.
7. Excerpts from deposition transcript of John Godwin.
8. Excerpts from deposition transcript of Kim Bellamy.

9. Excerpts from deposition transcript of Timothy Carlisle.

10. Excerpts from deposition transcript of Dawn Case.

11. Excerpts from deposition transcript of Erin Romeiser.

12. Excerpts from deposition transcript of Jamilla Moran.

13. Affidavit of Michelle Wilson (with Exhibits).

14. Affidavit of Kim Bellamy.

Dated this 11th day of July, 2013.

/s/ Lisa.Barclay
**LISA A. BARCLAY**
Florida Bar No. 948802
lbarclay@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant Florida Commission on Human Relations*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing in the United States District Court, Northern District of Florida, Tallahassee Division, using the CM/ECF system which will send notification of such filing to all persons registered for this case, including Plaintiff's counsel, on this 11th day of July, 2013.

/s/ Lisa Barclay
**LISA A. BARCLAY**