```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                  TALLAHASSEE DIVISION


SYLVIA BARGE,
                              CASE NO:  4:12-cv-00426-WS-CAS
        Plaintiff,

v.

FLORIDA COMMISSION ON HUMAN
RELATIONS and LARRY KRANERT,
Individually,

        Defendants.
_____/


DEPOSITION OF:              REGINA OWENS


TAKEN AT THE INSTANCE OF:   THE DEFENDANTS

DATE:                       June 13, 2013

TIME:                       Commenced at 9:04 a.m.

                            Concluded at 10:29 a.m.


LOCATION:                   SNIFFEN & SPELLMAN, P.A.
                            123 N. Monroe Street
                            Tallahassee, FL 32301


REPORTED BY:                STEPHANIE JORDAN NARGIZ
                            stephjordan@comcast.net
                            Certified Court Reporter




            ACCURATE STENOTYPE REPORTERS, INC.
               2894-A REMINGTON GREEN LANE
                  TALLAHASSEE, FL 32308
                      850.878.2221
                  accuratestenotype.com
```

APPEARANCES:

    REPRESENTING PLAINTIFF:

        ERIKA E. GOODMAN, ESQUIRE
        erika@mattoxlaw.com
        MARIE A. MATTOX, P.A.
        310 East Bradford Road
        Tallahassee, FL 32303
        850.383.4800

    REPRESENTING DEFENDANT FCHR:

        LISA A. BARCLAY, ESQUIRE
        lbarclay@sniffenlaw.com
        SNIFFEN & SPELLMAN, P.A.
        123 North Monroe Street
        Tallahassee, FL 32301
        850.205.1996

    REPRESENTING DEFENDANT LARRY KRANERT:

        GEORGE REYNOLDS IV, ESQUIRE
        greynolds@qpwblaw.com
        QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
        215 South Monroe Street, Suite 510
        Tallahassee, FL 32301
        850.412.1042

    ALSO PRESENT:

        SYLVIA BARGE

        CHEYANNE COSTILLA

**I N D E X**

WITNESS                                                           PAGE

  REGINA OWENS

                    EXAMINATION INDEX


REGINA OWENS
     DIRECT BY MS. BARCLAY                                           4
     CROSS BY MS. GOODMAN                                           25
     CROSS BY MR. REYNOLDS                                          28
     CROSS BY MS. GOODMAN                                           40
     REDIRECT BY MS. BARCLAY                                        49
     RE-CROSS BY MR. REYNOLDS                                       51
     RE-CROSS BY MS. GOODMAN                                        53
     RE-CROSS BY MR. REYNOLDS                                       54
     REDIRECT BY MS. BARCLAY                                        54


                      EXHIBIT INDEX

                                                                MARKED
Owens

  1     Letter dated August 5, 2011 to Chairman Elam -   29
        Bates Stamped FCHR/Owens 000516 - 22




CERTIFICATE OF OATH                                                 56

CERTIFICATE OF REPORTER                                             57

LETTER TO READ/SIGN TRANSCRIPT                                      58

ERRATA SHEET                                                        59

```
 1      The following deposition of REGINA OWENS was taken on
 2 oral examination, pursuant to notice, for purposes of
 3 discovery, and for use as evidence, and for other uses and
 4 purposes as may be permitted by the applicable and
 5 governing rules.  Reading and signing is not waived.
 6                            * * *
 7           THE COURT REPORTER:  Will you raise your right
 8      hand, please.  Do you swear or affirm the testimony
 9      you are about to give will be the truth, the whole
10      truth, and nothing but the truth?
11           THE WITNESS:  I do.
12 Thereupon,
13                          REGINA OWENS
14 the witness herein, having been first duly sworn, was
15 examined and testified as follows:
16                      DIRECT EXAMINATION
17 BY MS. BARCLAY:
18      Q.   Your full name, for the record, please?
19      A.   Regina Owens.
20      Q.   Ms. Owens, good morning.  My name is Lisa
21 Barclay.  I'm an attorney, and I represent the Florida
22 Commission on Human Relations in a matter that's been
23 brought by Sylvia Barge.  I'm going to ask you some
24 questions this morning related to some of the claims that
25 she's made.  I know you've been deposed before --
```

```
 1      Q.   Ms. Barge was terminated on August 31st, 2011.
 2      A.   Right.
 3      Q.   So my question is, when did you become aware that
 4 she made a complaint to the Chief Inspector General's
 5 Office?
 6      A.   It was right before she sent it to the Chief
 7 Inspector.
 8      Q.   Within days of it?
 9      A.   It may have been that day.  That day.
10      Q.   The day she sent the letter to the Governor's
11 Office?
12      A.   Right.
13      Q.   How did you become aware that she was going to
14 send that letter to the Governor's Office?
15      A.   I saw it.
16      Q.   And how did you come to see the document?
17      A.   It was sent to me.  She sent it to me to look at,
18 and send it up to the Governor's Office through my email.
19      Q.   Did you actually have a copy of her letter?
20      A.   Yes.
21      Q.   Do you have any personal knowledge that anyone
22 other than you at the commission ever had knowledge of
23 Mrs. Barge's letter to the Governor's Office prior to her
24 termination?
25      A.   Okay.  Repeat that, please.
```

```
 1       Q.   Sure.  I want to know if you have personal
 2  knowledge of whether or not anybody else at the commission
 3  other than you ever saw or had knowledge of Ms. Barge's
 4  letter to the Governor, that we've just been discussing,
 5  prior to her termination on August 31st, 2011?
 6       A.   No.
 7       Q.   Did you ever tell Michelle Wilson about
 8  Mrs. Barge's letter to the Chief Inspector General's
 9  Office?
10       A.   No.
11       Q.   Did you ever tell Larry Kranert about
12  Mrs. Barge's letter to the Chief Inspector General's
13  Office?
14       A.   No.  But can I clarify something?
15       Q.   Sure.
16       A.   I did not personally tell any of the
17  administration that, Larry Kranert or Michelle Wilson,
18  however, they were reviewing my emails.  So in my emails,
19  it was very possible that they saw the letter.
20       Q.   But as you sit here today, do you have any
21  personal knowledge as to whether or not anybody at the
22  commission ever saw Sylvia Barge's letter to the Governor
23  prior to her termination?
24       A.   I'm not sure about that.
25       Q.   You don't know one way or the other?
```

1  A.  Exactly.
2  Q.  So your testimony about the possibility of other
3 people reviewing emails is speculation on your part?
4  A.  Yes.  It's just that.  Yes, it is.
5  Q.  How about any other complaints made by Mrs. Barge
6 generally, did you ever become aware of complaints that
7 Mrs. Barge made, in turn, relay that information to anyone
8 at the commission prior to her termination?
9  A.  No.
10  Q.  All right.  Ms. Barge has listed you as a witness
11 who has knowledge regarding her financial damages in this
12 lawsuit.  So I want to ask you some questions about what
13 kind of knowledge you have about any alleged financial
14 damages.  First of all, let me ask generally, because you
15 have a look on your face.  Do you feel like you have any
16 testimony to offer with regard to any financial damages
17 that Ms. Barge is alleging?
18  A.  Well, I do know that she had to retire early.
19 And because of that, the damage that was done there was
20 her withdrawing retirement money and not being able to get
21 back into the state retirement system ever.
22  Q.  And have you ever reviewed any documents related
23 to Mrs. Barge's retirement plan?
24  A.  No.
25  Q.  Have you ever reviewed any documents that would

```
1                    CERTIFICATE OF OATH
2
3
4   STATE OF FLORIDA    )
5   COUNTY OF LEON      )
6
7
8
9
10          I, the undersigned authority, certify that said
11  designated witness personally appeared before me and was
12  duly sworn.
13
14          WITNESS my hand and official seal this 1st day
15  of July, 2013.
16
17
18
19          _____
20          STEPHANIE JORDAN NARGIZ
            stephjordan@comcast.net
21          Notary Public
            850.878.2221
22
23                              STEPHANIE J. NARGIZ
                                MY COMMISSION # EE 840130
24                              EXPIRES: October 27, 2016
                                Bonded Thru Budget Notary Services
25
```

```
1                CERTIFICATE OF REPORTER
2
3   STATE OF FLORIDA     )
4
5   COUNTY OF LEON       )
6
7        I, STEPHANIE JORDAN NARGIZ, court reporter and
8   Notary Public do hereby certify that the foregoing
9   proceedings were taken before me at the time and place
10  therein designated; that a review of the transcript was
11  requested, and that the foregoing pages numbered 1 through
12  56 are a true and correct record of the aforesaid
13  proceedings.
14
15       I further certify that I am not a relative,
16  employee, attorney or counsel of any of the parties, nor
17  am I a relative or employee of any of the parties'
18  attorneys or counsel connected with the action, nor am I
19  financially interested in the action.
20       DATED this 1st day of July, 2013.
21
22                              _____
23                              STEPHANIE JORDAN NARGIZ
                                stephjordan@comcast.net
24                              Certified Court Reporter
                                850.878.2221
25                              accuratestenotype.com
```