UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYLVIA BARGE,

    Plaintiff,

vs.                              CASE NO:   4:12-cv-426-WS/CAS

FLORIDA COMMISSION ON
HUMAN RELATIONS and LARRY
KRANERT, individually,

    Defendants.
_____/

| | |
|---|---|
| THE DEPOSITION OF: | JAMILLA BENTLEY MORAN |
| AT THE INSTANCE OF: | The Plaintiff |
| DATE: | June 11, 2013 |
| TIME: | Commenced at 12:15 p.m.<br>Terminated at 12:40 p.m. |
| PLACE: | Accurate Stenotype Reporters<br>2894 Remington Green Lane<br>Tallahassee, Florida |
| REPORTED BY: | SARAH B. GILROY, RPR, CRR<br>sbrinkhoff@comcast.net<br>Notary Public in and for<br>the State of Florida at<br>Large |

ACCURATE STENOTYPE REPORTERS, INC.
2894-A Remington Green Lane
Tallahassee, FL 32308
(850) 878-2221

```
1   APPEARANCES:

2
    REPRESENTING THE PLAINTIFF:
3
          MARIE A. MATTOX, ESQUIRE
4         marie@mattoxlaw.com
          Marie A. Mattox, P.A.
5         310 East Bradford Road
          Tallahassee, Florida 32303
6

7   REPRESENTING THE DEFENDANT FCHR:

8         LISA A. BARCLAY, ESQUIRE
          lbarclay@sniffenlaw.com
9         Sniffen & Spellman
          123 North Monroe Street
10        Tallahassee, Florida 32301

11
    REPRESENTING THE DEFENDANT KRANERT:
12
          GEORGE S. REYNOLDS, IV, ESQUIRE
13        greynolds@qpwblaw.com
          Quintairos, Prieto, Wood & Boyer
14        215 South Monroe Street, Suite 600
          Tallahassee, Florida 32301
15

16  ALSO PRESENT:

17        MS. SYLVIA BARGE
          MS. CHEYENNE COSTILLA
18

19

20

21

22

23

24

25
```

1                           I N D E X

2  WITNESS                                              PAGE NO.

3  JAMILLA  BENTLEY MORAN
       Direct Examination by Ms. Mattox              4
4      Cross Examination by Mr. Reynolds             29

5

6  CERTIFICATE OF OATH                                  31
   CERTIFICATE OF REPORTER                              32
7  ERRATA SHEET                                         33
   READ AND SIGN LETTER                                 34

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

———————ACCURATE STENOTYPE REPORTERS, INC.———

```
 1  The following deposition of JAMILLA BENTLEY MORAN was
 2  taken on oral examination, pursuant to notice, for
 3  purposes of discovery, and for use as evidence, and for
 4  other uses and purposes as may be permitted by the
 5  applicable and governing rules.  Reading and signing is
 6  waived.
 7                         *   *   *
 8            THE COURT REPORTER:  Do you solemnly swear
 9     or affirm the testimony you are about to give will
10     be the truth so help you God?
11            THE WITNESS:  Yes.
12  Thereupon,
13            JAMILLA   BENTLEY   MORAN
14  the witness herein, having been first duly sworn, was
15  examined and testified as follows:
16                    DIRECT EXAMINATION
17  BY MS. MATTOX:
18     Q    If you would identify yourself for the record,
19  please, ma'am.
20     A    Jamilla Bentley.
21     Q    Did you used to be known as Ms. Moran?
22     A    Yes.
23     Q    And what changed?  Is Bentley a married name?
24     A    Huh-uh.
25     Q    Maiden name?
```

| | | |
|---|---|---|
| 12:34 | 1 | A Quality control director. |
| 12:34 | 2 | Q So it would have to have been in 2009, '10 or |
| 12:34 | 3 | '11. Because you said it could have been the last two |
| 12:34 | 4 | years that you were in the quality control director |
| 12:34 | 5 | position. |
| 12:34 | 6 | A Correct. |
| 12:34 | 7 | Q Okay. Was it -- if Derick Daniel left in the |
| 12:34 | 8 | latter part of June 2011, okay, in relation to him |
| 12:34 | 9 | leaving, when would you have done that document, 24A? |
| 12:35 | 10 | A I don't remember. It would have been sometime |
| 12:35 | 11 | in 2011. |
| 12:35 | 12 | Q Okay. And did -- were you asked -- |
| 12:35 | 13 | A Or 2010, because I see some 2010 dates on |
| 12:35 | 14 | here. |
| 12:35 | 15 | Q Okay. Were you asked to prepare this |
| 12:35 | 16 | document? |
| 12:35 | 17 | A Yes. |
| 12:35 | 18 | Q Okay. And by whom? |
| 12:35 | 19 | A Derick. |
| 12:35 | 20 | Q Okay. And did anything happen as a result of |
| 12:35 | 21 | your investigation that's reflected on Exhibit 24A? |
| 12:35 | 22 | A I don't recall. |
| 12:35 | 23 | Q Okay. Did Derick -- were you concerned about |
| 12:35 | 24 | Derick continuing as the -- as the attorney for the |
| 12:35 | 25 | Florida Commission and/or in a co-executive director |

CERTIFICATE OF OATH

STATE OF FLORIDA      )
COUNTY OF LEON        )

    I, the undersigned authority, certify that said designated witness personally appeared before me and was duly sworn.

    WITNESS my hand and official seal this ____ day of June, 2013.

*Sarah Gilroy*
SARAH B. GILROY
sbrinkhoff@comcast.net
NOTARY PUBLIC
850-878-2221

SARAH B. GILROY
Commission # DD 950285
Expires February 2, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

ACCURATE STENOTYPE REPORTERS, INC.

# CERTIFICATE OF REPORTER

STATE OF FLORIDA   )
COUNTY OF LEON     )

I, SARAH B. GILROY, Registered Professional Reporter, and Notary Public, do hereby certify that the foregoing proceedings were taken before me at the time and place therein designated; that a review of the transcript was not requested, and that the foregoing pages numbered 1 through 31 are a true and correct record of the aforesaid proceedings.

I further certify that I am not a relative, employee, attorney or counsel of any parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this _____ day of June, 2013.

s/ *Sarah Gilroy*
SARAH B. GILROY, RPR, CRR
sbrinkhoff@comcast.net
850-878-2221

ACCURATE STENOTYPE REPORTERS, INC.