# AFFIDAVIT OF MICHELLE WILSON

STATE OF FLORIDA
COUNTY OF LEON

BEFORE ME, this day personally appeared Michelle Wilson, who being duly sworn, deposes and says that the following information is true and correct, and within her personal knowledge:

1. My name is Michelle Wilson. My date of birth is February 3, 1966. I have been employed as the Executive Director of the Florida Commission on Human Relations ("FCHR" or "Commission") since December 2011. I am over the age of 18, am of sound mind and am competent to testify to the matters set forth herein. I give the following information, of which I have personal knowledge, both freely and truthfully and without any threat of coercion or promise of reward.

2. The FCHR is a state agency which is statutorily charged with the responsibility of promoting and encouraging fair treatment and equal opportunity for all persons regardless of race, color, religion, sex, national origin, age, handicap, or marital status and creating a mutual understanding and respect among all members of all economic, social, racial, religious, and ethnic groups. The Commission investigates complaints of discrimination in the areas of employment, housing, public accommodations and, generally, whistle-blower retaliation claims pursued by state employees.

3. The FCHR consists of 12 commissioners appointed by the Governor. As Executive Director, I supervise the day-to-day operations of the Commission as well as direct all management areas, including administration, information technology, quality control, human resources, communications and research, and oversee legal and investigative activities in conjunction with the Commission's general counsel.

4. The FCHR is comprised of individual units, each of which is responsible for investigating specific types of complaints, such as the Employment Investigations Unit, the Housing Investigations Unit, the Customer Service and Intake Unit, etc.

5. Ms. Barge was employed on July 25, 2008 as the manager of the Employment Investigations ("EI") Unit. Ms. Barge was employed as a Select Exempt Service employee and served at the pleasure. The EI Unit investigates complaints involving various types of discrimination alleged to have taken place in the workplace. The EI Unit is comprised of an EI Unit Manager and investigators who investigate and attempt to resolve complaints of employment discrimination.

6. The Customer Service and Intake ("CSI") Unit is likewise comprised of a Unit Manager who supervises and manages investigators and clerks responsible for tasks such as customer support, Chapter 119 public records requests, processing deferrals and referrals from the EEOC, managing the archival and destruction of aged documents, as well as handling and date stamping incoming and outgoing mail. Each unit within FCHR is managed by a unit manager who reports directly to the Executive Director. Ms. Barge was the CSI Unit manager from April 2009 until August 12, 2011.

7. Effective June 24, 2011, the Commission appointed Larry Kranert, FCHR's General Counsel, and me to serve as Co-Interim Executive Directors. I was serving as the budget director at the time. Mr. Kranert and I each received a pay increase following our appointment as co-agency heads. In December 2011, I was appointed by the Commission to serve as the sole Executive Director, at which time Mr. Kranert returned to his exclusive role as General Counsel, where he served until October 12, 2012.

8. A 212 Form, or deferral form, is one of the primary forms of communication between the EEOC and the FCHR regarding cases which implicate both federal and state rights, also known as dually filed charges. The EEOC utilizes 212 deferral forms to provide notice to the FCHR of dually filed charges, in addition to utilizing it as the mechanism for determining whether a dually filed charge should be deferred to the FCHR, as opposed to the EEOC, for investigation and resolution. The 212 deferral form contains boxes that must be checked to designate whether the charge will initially be investigated by the EEOC, or the FCHR. Form 212's are processed through the CSI unit. During the time Ms. Barge was the CSI Manager (April 2009 – August 2011), the number of deferrals processed dropped dramatically well below the prior annual averages.

9. Like the 212 deferral forms, Chapter 119 public records requests directed to the FCHR are processed though the FCHR's CSI Unit. Upon receipt of a Chapter 119 public records request, FCHR must respond to the request within a reasonable time, and the only delay in producing public records is the limited reasonable time allowed the custodian to retrieve the record and delete those portions of the record the custodian asserts are exempt.

10. At the end of July and early August of 2011, I had concerns regarding Ms. Barge's work performance, including the failure to timely and appropriately process Form 212s, archive and destruction forms, and Chapter 119 public records requests. I also had concerns regarding the lack of training Ms. Barge was providing to her staff. At that time, I approached Ms. Barge to discuss my concerns, as well as Ms. Barge's complaints about her work load. I offered to move the CSI Unit from Ms. Barge to give her some relief. I also asked John Godwin to investigate further into each of these

2

issues. On August 12, 2011, FCHR implemented a structural reorganization which placed the CSI Unit under the direct supervision of the General Counsel.

11. Ms. Barge was terminated on August 31, 2011, and replaced by an older white female, Mary Haskins. FCHR personnel records show Ms. Haskins' date of birth as June 8, 1955. FCHR personnel records show Ms. Barge's date of birth as September 7, 1961. Ms. Barge was not terminated because of her race or her age, or in retaliation for any protected activity.

12. Prior to Ms. Barge's termination, I had no knowledge that Ms. Barge told Mr. Daniel about a comment made by Mr. Kranert that allegedly offended an FCHR investigator. Prior to Ms. Barge's termination, I had no knowledge that Ms. Barge wrote a letter to the Governor raising various concerns she had with the FCHR.

13. Following Ms. Barge's termination, Mr. Kranert sent me an e-mail (a true, authentic and exact copy of which is attached hereto as Exhibit 1), that reported to me that he reviewed countless hundreds 212 deferral forms, and that the responsibility for processing the forms was not done and apparently totally ignored. Mr. Kranert further reported to me that this resulted in literally hundreds of cases not being sent to FCHR for investigation and resolution that should have been. Mr. Kranert finally reported that not only did prospective FCHR revenues decline, but the reputation of the Commission was severely sullied by this practice.

14. Casey Snipes is a white female and employed by the FCHR as the executive assistant to the Executive Director. Ms. Snipes is younger than Ms. Barge. Ms. Snipes received a pay increase on July 1, 2011 when she assumed human resource duties in addition to her duties as an executive assistant. Ms. Snipes has never been a manager, nor has she ever supervised any other employees.

15. Mr. Kranert is a white male, older than Ms. Barge, and served as FCHR's General Counsel. Mr. Kranert received a pay increase on June 24, 2011 when he was appointed to the position of Interim Co-Executive Director of the Commission.

16. I am an African American female, and younger than Ms. Barge. I received a pay increase on June 24, 2011 when I was appointed to the position of Interim Co-Executive Director of the Commission.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHELLE WILSON

STATE OF FLORIDA
COUNTY OF LEON

Sworn to and subscribed before me by MICHELLE WILSON this 11 day of July, 2013.

X  he/she is personally known to me, **OR**
___ has produced _____ as identification.

_____
NOTARY PUBLIC

(NOTARY STAMP)

Print Name
John E. Godwin

JOHN E. GODWIN
Commission # EE 842194
Expires October 10, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

4

**Kranert, Lawrence**

| | |
|---|---|
| From: | Kranert, Lawrence |
| Sent: | Thursday, November 03, 2011 11:42 AM |
| To: | Wilson, Michelle |
| Subject: | EEOC 212 forms |
| Importance: | High |

FYI - I have reviewed countless hundreds of these EEOC forms, which as you know will determine who is to investigate a particular case that is dually filed with EEOC and FCHR. A number of discussions were held during the year between myself and the former employment manager about the EEOC Workshare contract, case referrals, and meeting the contract numbers. One of the assertions made was that the deferrals to this Commission had decreased significantly and that very few cases were sent here from November of last year to May of this year due to internal EEOC budgetary issues. Part of the responsibilities and accountabilities placed on the employment manager was to review the 212 forms, and request cases within our jurisdiction be transferred from EEOC for investigation.

A review of these forms indicates clearly that this function was not done and apparently totally ignored. Some of them were well over a year old. This resulted in literally hundreds of cases not being sent to FCHR for investigation and resolution that should have been. Not only did prospective revenues decline but the reputation of this organization was severely sullied by this practice. Efforts are underway to rectify this situation.



Lawrence F. Kranert, Jr., Esq.
General Counsel

Florida Commission on Human Relations
Website: http://fchr.state.fl.us

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850)488-7082
Fax: (850)488-5291
Email: kranert.larry@fchr.myflorida.com

This E- Mail may contain information covered by the Attorney-Client privilege, the Attorney work product privilege or other privileges. It is intended for the addressee[s] only. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you have received this message in error kindly contact the sender at 850-488-7082 immediately and destroy the message.

Thank you.

*"If a man does not keep pace with his companions, perhaps it is because he hears a different drummer. Let him step in the music he hears, however measured or far away"*

Thoreau

 Please consider the environment - print only if necessary.



EXHIBIT
1

FCHR/Barge 000132