**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**SYLVIA BARGE,**

**Case No. 4:12-cv-00426-WS-CAS**

**Plaintiff,**

**v.**

**FLORIDA COMMISSION ON HUMAN RELATIONS and LARRY KRANERT, Individually.**

**Defendant.**
**________________________________________/**

**DEFENDANT FLORIDA COMMISSION ON HUMAN RELATIONS' NOTICE OF FILING EXHIBITS 15 – 28 IN SUPPORT OF ITS MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant, **FLORIDA COMMISSION ON HUMAN RELATIONS** (referred to as "FCHR" or "Commission"), by and through the undersigned counsel, files the following documents in support of its Motion for Final Summary Judgment:

15. Affidavit of John Godwin (with Exhibits).
16. Affidavit of Jamilla Moran.
17. Plaintiff's Responses to Defendant Kranert's First Request for Admissions.
18. Defendant Kranert's Responses to Plaintiff's First Interrogatories.
19. Plaintiff's Answers to Defendant Kranert's First Interrogatories.
20. Plaintiff's Supplemental Answers to Defendant Kranert's First Interrogatories.
21. Plaintiff's Charge of Discrimination dated September 9, 2011.

22. Deposition Exhibit 1 – Plaintiff's Position Description.

23. Deposition Exhibit 2 – Managers' Accountabilities.

24. Deposition Exhibit 5 – E-mail from Plaintiff dated November 20, 2010.

25. Deposition Exhibit 6—E-mail from Plaintiff dated August 23, 2011.

26. Deposition Exhibit 28 – FCHR Organizational Chart.

27. Deposition Exhibit 37 – Memorandum from Kranert dated August 10, 2011.

28. Deposition Exhibit 73 – Excerpts from Chief Inspector General File for Case No. 201304250006.

Dated this 11th day of July, 2013.

*/s/ Lisa.Barclay*___________
**LISA A. BARCLAY**
Florida Bar No. 948802
lbarclay@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant Florida Commission on Human Relations*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing in the United States District Court, Northern District of Florida, Tallahassee Division, using the CM/ECF system which will send notification of such filing to all persons registered for this case, including Plaintiff's counsel, on this 11th day of July, 2013.

*/s/ Lisa Barclay*
**LISA A. BARCLAY**