# AFFIDAVIT OF JOHN GODWIN

STATE OF FLORIDA
COUNTY OF LEON

BEFORE ME, this day personally appeared John Godwin, who being duly sworn, deposes and says that the following information is true and correct, and within his personal knowledge:

1. My name is John Godwin. I currently serve as the Intake and Customer Service Manager and Records Management Liaison Officer for the Florida Commission on Human Relations ("FCHR" or "Commission"). I have been employed with FCHR since May 12, 2005. I am over the age of 18, am of sound mind and am competent to testify to the matters set forth herein. I give the following information, of which I have personal knowledge, both freely and truthfully and without any threat of coercion or promise of reward.

2. On August 3, 2011, I was promoted to FCHR's Operational Management Consultant, and as part of my job responsibilities, I conducted random quality control and performance audits.

3. Prior to Ms. Barge's termination, I conducted a number of internal performance audits during which I discovered backlogs of unprocessed archive forms, 212 deferral forms, and well as issues regarding the training of staff responsible for these tasks.

4. On August 17, 2011, I separately reported to co-Interim Executive Directors, Mr. Kranert and Ms. Wilson, that nine months of archiving data had not been entered into FCHR's system. A true, authentic and exact copy of my August 17, 2011 e-mails to Mr. Kranert and Ms. Wilson are attached hereto as Exhibits 1 and 2. The audit revealed an absence of archival data entry from November 2010 through the date of the audit, August 17, 2011. I reported to Mr. Kranert and Ms. Wilson that FCHR incurred the cost of extra fees for the storage of records that should have been destroyed earlier as a result of the failure to timely process the archival forms. I also reported to Ms. Wilson that the employee in the Customer Service and Intake Unit under Ms. Barge's supervision who was responsible for processing and inputting data for the archival process had not been given proper training on archiving.

5. Following Ms. Barge's termination, I found approximately nine months of unsigned and unprocessed archive notices in Ms. Barge's office. I was asked by Ms. Wilson to conduct additional investigation into the archive situation, including an investigation into lack of training, so that the issue could be remedied and prevented from reoccurring again. A true, authentic and exact copy of Ms. Wilson's September 14, 2011 e-mail to me is attached hereto as Exhibit 3. My additional investigation confirmed that nine months of requests for destruction forms had not been signed or processed

which resulted in FCHR incurring the expense of storage fees for 128 boxes of documents that should have been destroyed nine months earlier. A true, authentic and exact copy of my September 14, 2011 e-mail and attachment that I sent to Ms. Wilson is attached hereto as Exhibit 4. I also confirmed to Ms. Wilson that the person under Ms. Barge's supervision that was responsible for the processing of archived documents had not been given adequate training to allow them to complete the duties required.

6. The performance audits conducted prior to Ms. Barge's termination also revealed a reduction in the number of 212 deferral forms entered into FCHR's computer system from July 1, 2010 through June 30, 2011. A true, authentic and exact copy of the "FCHR 22h Deferral" reports for fiscal calendar years July 2008 through the end of June 2011 are attached hereto as Exhibit 5. During the time Ms. Barge was the Customer Service and Intake Unit Manager, the number of deferrals processed dropped to 2,306, well below the prior annual averages of approximately 7,000 – 8,000. In the year following her termination, over 12,000 deferrals were processed.

7. I discovered piles of 212 deferral forms stacked up in Kim Bellamy's office, the Senior Clerk responsible for 212 deferral forms who worked under the direct supervision of Ms. Barge. Following Ms. Barge's termination, I took a photograph of the stacks of 212 deferral forms. A true, authentic and exact copy of the photograph I took of the 212 deferral forms is attached hereto as Exhibit 6.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]
JOHN GODWIN

STATE OF FLORIDA
COUNTY OF LEON

Sworn to and subscribed before me by JOHN GODWIN this 10 day of July, 2013.

✓ he/she is personally known to me, **OR**
_____ has produced ____________________ as identification.

[signature]
NOTARY PUBLIC

(NOTARY STAMP)

CASEY C. SNIPES
Commission # EE 055384
Expires March 6, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

Print Name
Casey C Snipes

**Wilson, Michelle**

From: Godwin, John
Sent: Wednesday, August 17, 2011 3:48 PM
To: Kranert, Lawrence
Subject: Archive process

Larry

FYI. During my research and cleanup I have discovered that the archive procedure has not been adhered to. More specifically the recording of the archive data. I briefly sat down with Jeannie and discovered that she apparently was not given the proper training on archiving. I will work with her to get her acclimated but it will require some effort to input all of the data that is missing. As we have archiving information that was not entered since November 2010. Which is costing us extra fees for records that should have been destroyed. Jg.

John E. Godwin
Operations Management Consultant
Florida Commission on Human Relations
Website: http://fchr.state.fl.us

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850)488-7082 ext. 1020
Fax: 850-488-5291
Email: john.godwin@fchr.myflorida.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you received this message in error, or are not the intended recipient(s), please notify the sender at either their address or telephone number indicated above.

Blumberg No. 5208 EXHIBIT 1

**Wilson, Michelle**

From: Godwin, John
Sent: Wednesday, August 17, 2011 11:00 AM
To: Wilson, Michelle
Subject: Archive documentation

Michelle

During a quality control exercise I have come across an abundance of cases in CMS that are currently assigned to individuals instead of the closed funnel. These cases also do not have the archive tab information entered. I researched a little further and discovered that this data has not been entered since November 2010. It appears that the monthly archive spreadsheets have also not been updated. Due to this it appears that the cases may not have been properly destroyed and may be costing us extended storage fee's. JG.




John E. Godwin
Operations Management Consultant
Florida Commission on Human Relations
Website: http://fchr.state.fl.us

09 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850)488-7082 ext. 1020
Fax: 850-488-5291
Email: john.godwin@fchr.myflorida.com

EXHIBIT
2
Blumberg No. 5208

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby

**Wilson, Michelle**

**From:** Godwin, John
**Sent:** Wednesday, September 14, 2011 12:00 PM
**To:** Wilson, Michelle
**Subject:** RE: Archive Documents/ Record Storage
**Attachments:** Archive deficiencies.docx

Michelle I have attached a summary of the archive deficiencies. Jg.

John E. Godwin
Operations Management Consultant
Florida Commission on Human Relations
Website: http://fchr.state.fl.us

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850)488-7082 ext. 1020
Fax: 850-488-5291
Email: john.godwin@fchr.myflorida.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you received this message in error, or are not the intended recipient(s), please notify the sender at either their address or telephone number indicated above.

---

**From:** Wilson, Michelle
**Sent:** Wednesday, September 14, 2011 10:19 AM
**To:** Godwin, John
**Cc:** Larry Kranert (lawrence.kranert@fchr.myflorida.com)
**Subject:** Archive Documents/ Record Storage

John,
Please scan to me all of those destruction notices that were found in Sylvia's office. I also need to be made privy to any conversation you have with your contact at DOS regarding the stored records as they pertain to the previous manager, Sylvia Barge.

When possible, send me a summary of what was found, how it was found, and where it was found. I need to know the extent of the archive situation that we now have to correct. Include details regarding the lack of training; and any CMS issues that may have contributed to the current backlog. As soon as you can get this information, the better. Thanks!

Michelle Wilson, Interim Co- Director
Florida Commission on Human Relations

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850) 443-0797
Fax: (850) 488-5291
Email: Michelle.Wilson@fchr.myflorida.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you received this message in error, or are not the intended recipient(s), please notify the sender at either their address or telephone number indicated above.

EXHIBIT 3
Blumberg No. 5208

**Wilson, Michelle**

**From:** Godwin, John
**Sent:** Wednesday, September 14, 2011 12:00 PM
**To:** Wilson, Michelle
**Subject:** RE: Archive Documents/ Record Storage
**Attachments:** Archive deficiencies.docx

Michelle I have attached a summary of the archive deficiencies. Jg.

John E. Godwin
Operations Management Consultant
Florida Commission on Human Relations
Website: http://fchr.state.fl.us

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850)488-7082 ext. 1020
Fax: 850-488-5291
Email: john.godwin@fchr.myflorida.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you received this message in error, or are not the intended recipient(s), please notify the sender at either their address or telephone number indicated above.

---

**From:** Wilson, Michelle
**Sent:** Wednesday, September 14, 2011 10:19 AM
**To:** Godwin, John
**Cc:** Larry Kranert (lawrence.kranert@fchr.myflorida.com)
**Subject:** Archive Documents/ Record Storage

John,
Please scan to me all of those destruction notices that were found in Sylvia's office. I also need to be made privy to any conversation you have with your contact at DOS regarding the stored records as they pertain to the previous manager, Sylvia Barge.

When possible, send me a summary of what was found, how it was found, and where it was found. I need to know the extent of the archive situation that we now have to correct. Include details regarding the lack of training; and any CMS issues that may have contributed to the current backlog. As soon as you can get this information, the better. Thanks!

Michelle Wilson, Interim Co- Director
Florida Commission on Human Relations

2009 Apalachee Parkway
Suite 100, Oakland Building
Tallahassee, Florida 32301-4857

Phone: (850) 443-0797
Fax: (850) 488-5291
Email: Michelle.Wilson@fchr.myflorida.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution or copying of this message/data is strictly prohibited. If you received this message in error, or are not the intended recipient(s), please notify the sender at either their address or telephone number indicated above.

EXHIBIT
Blumberg No. 5208
4

September 14, 2011

**Summary of Events**

**Archive deficiencies**

During an audit of archives. It was discovered that there were a number of months (approximately 9 months worth) of archives that were not properly recorded. It appears that the person assigned to this task was not given adequate training to allow them to complete the duties required. When asked about other specific entry requirements (CMS archive entry, records data spreadsheets) the individual claims to have no knowledge of these requirements. To correct these deficiencies will require a number of man hours to input the missing data.

Also SRC Requests for Destruction forms from the State records center dated in February; were discovered in the previous RMLO's office that had not been signed and returned to DOS approving the destruction of accessions (9 accessions totaling 128 boxes). These accessions are currently costing additional monies to the Commission as they should have been destroyed back in March. Further review is required to ascertain the full extent of effects of the discovered deficiencies.

# FCHR 22h Deferral Report

Start Date: 07/01/2007
End Date: 06/30/2008

**Total Deferrals Entered: 7682**

| Name | Count |
|---|---|
| Allen, Ashley | 46 |
| Brown, Kirsey | 1 |
| Cade, Lynkethia | 5 |
| Canty, Anthonio | 7 |
| Forrest, Copy Request | 2 |
| Green, LaTiffany | 6 |
| Guy, Andrew | 1 |
| Kemp, Alecia | 3 |
| McGee, Dee Dee | 2243 |
| Moran, Jamila | 1415 |
| Owens, Regina | 28 |
| Person, Alegra | 2998 |
| Poole, Elisabeth | 2 |
| Smith, Keith | 358 |
| Smith, Mary | 1 |
| Snead, Barbara | 46 |
| Snipes, Casey | 518 |
| Temp, 2 | 2 |



EXHIBIT 5

Blumberg No. 5208

# FCHR 22h Deferral Report

Start Date: 07/01/2008
End Date: 06/30/2009

**Total Deferrals Entered: 7898**

| Name | Count |
|---|---|
| Allen, Ashley | 6318 |
| Callaway, Copy Request | 1 |
| Green, LaTiffany | 99 |
| Hughes, Dana | 42 |
| Jimenez, Maria | 10 |
| McGee, Dee Dee | 1329 |
| Smith, Mary | 1 |
| Snead, Barbara | 98 |

# FCHR 22h Deferral Report

Start Date: 07/01/2009
End Date: 06/30/2010

Total Deferrals Entered: 8198

| Name | Count |
|---|---|
| Allen, Ashley | 6330 |
| Bardwell, Jason | 1816 |
| Callaway, Heather | 14 |
| Franqui, Doris | 36 |
| Snead, Barbara | 2 |

# FCHR 22h Deferral Report

Start Date: 07/01/2010
End Date: 06/30/2011

Total Deferrals Entered: 2306

| Name | Count |
|---|---|
| Barton, Copy Requests | 70 |
| Bellamy, Kimberly | 577 |
| Franqui, Doris | 17 |
| Hill, Shelley | 290 |
| Jimenez, Copy Request | 51 |
| Jimenez, Docketing | 3 |
| Jimenez, Maria | 47 |
| Snead, Barbara | 963 |
| Temp, 1 | 288 |

# FCHR 22h Deferral Report

Start Date: 07/01/2011
End Date: 06/30/2012

Total Deferrals Entered: 12844

| Name | Count |
|---|---|
| Alexander, Jacob | 4108 |
| Alexander, Jacob Copy Req | 3 |
| Anderson-Solomo, Brianna | 149 |
| Barge, Sylvia | 1 |
| Bellamy, Copy Request | 312 |
| Bellamy, Docketing | 14 |
| Bellamy, Kimberly | 7113 |
| Godwin, John | 1 |
| Johnson-Rollins, Felicia | 65 |
| Kranert, Lawrence | 1 |
| Oliver, Joyce Docketing | 1 |
| Randolph, Stephanie | 1 |
| Snead, Barbara | 1040 |
| White, Copy Request | 10 |
| White, Danielle | 24 |
| Williams, Jeanie | 1 |

# FCHR 22h Deferral Report

Start Date: 07/01/2012
End Date: 05/07/2013

**Total Deferrals Entered: 7416**

| Name | Count |
|---|---|
| Anderson-Solomo, Brianna | 6 |
| Bellamy, Copy Request | 3701 |
| Bellamy, Kimberly | 1140 |
| Sasser, Amanda | 1774 |
| Sasser, Amanda (CR) | 741 |
| Snead, Barbara | 54 |



EXHIBIT 000006